UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Electronic Filing |
| ) **NOTICE OF APPEARANCE AND REQUEST** | |
| v.                              )         **FOR ELECTRONIC NOTIFICATION** | |
| ) | |
| HECTOR GABRIEL PEREZ-GALLEGOS, ) | **08 CV 1197 (GEL)** |
| ) | **04 CR 01274 (GEL)** |
| Defendant.              ) | |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By:  /s/   Rebecca A. Rohr
     Rebecca A. Rohr
     Assistant United States Attorney
     United States Attorney's Office
     One St. Andrew's Plaza
     New York, NY 10007
     Tel.: (212) 637-2531
     Fax: (212) 637-2527
     E-mail: rebecca.rohr@usdoj.gov

CC:   Counsel of Record (via ECF)